# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

In re:  Case No. **09-10311**

**TUNSTILL, SHANTE TIERRA**  Chapter 7

Judge: **Buchanan**

Debtor(s).

## NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $265.40 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3011. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Thatcher & Boudreau DDS Inc.<br>80 Compton Road #20<br>Cincinnati, Ohio 45231 | #4 | $219.91 |
| Creekwood Village Condo Assn<br>c/o Sean P. Donovan Esq.<br>2623 Erie Avenue<br>Cincinnati, Ohio 45208 | #5 | $45.49 |

Dated: October 6, 2011

/s/ Harold Jarnicki
Harold Jarnicki, Trustee
576 Mound Court, Suite B
Lebanon, Ohio 45036
(513)932-5792

Cc:  Default List plus:
Thatcher & Boudreau DDS Inc., 80 Compton Road #20, Cincinnati, Ohio 45231
Creekwood Village Condo Assn., c/o Sean P. Donovan Esq., 2623 Erie Avenue, Cincinnati, Ohio 45208